IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

CHARLES F. SUDDUTH,           )
                              )
              Plaintiff,      )
                              )
vs.                           )        Case No. 07-6129-CV-SJ-ODS
                              )
JERRY DUBACHE, SHERIFF OF     )
DONIPHAN COUNTY, KANSAS,      )
et al.,                       )
                              )
              Defendants.     )

ORDER AND OPINION GRANTING DEFENDANTS' MOTION TO DISMISS
AND DISMISSING CASE WITHOUT PREJUDICE

        Plaintiff, proceeding pro se, filed suit against the State of Kansas, the Sheriff of
Doniphan County, Kansas, and Barbara Dubache, a bail bondsman in Doniphan
County.  He alleges that in January 2007 he was arrested and charged with driving
under the influence of alcohol and that various rights related to the prosecution were
denied.  For instance, he alleges he was denied his rights to counsel and reasonable
bail.

        The Court lacks jurisdiction for at least two reasons.  First, the abstention
doctrine announced in *Younger v. Harris*, 401 U.S. 37 (1971), precludes federal
jurisdiction if the relief would interfere with an ongoing state prosecution.  Criminal
charges are currently pending in state court, so the Court cannot consider Plaintiff's
claims.  Second, the Court lacks personal jurisdiction over the defendants because
none of them have any contact with the State of Missouri.  E.g., Dever v. Hentzen
Coatings Inc., 380 F.3d 1070, 1073-74 (8th Cir. 2004); Guiness Import Co. v. Mark VII
Distributors, Inc., 153 F.3d 607, 614 (8th Cir. 1998).

        Plaintiff is free to assert his claims in his criminal case.  Depending upon the
outcome of the prosecution, Plaintiff may be able to assert some or all of his claims in a

separate suit – but that suit could not be maintained in Missouri and would likely have to be filed in Kansas.

IT IS SO ORDERED.


                                          /s/ Ortrie D. Smith
                                          ORTRIE D. SMITH, JUDGE
DATE: February 19, 2008                   UNITED STATES DISTRICT COURT